Judge's Chambers

# United States Bankruptcy Court

Eastern District Of Virginia
701 East Broad Street, Fifth Floor
Richmond, Virginia 23219-1888

**KEVIN R. HUENNEKENS**  (804) 916-2450
Judge  Kevin_Huennekens@vaeb.uscourts.gov

February 16, 2017

Michael JG Saunders, C.P.
7519 Jefferson Davis Highway
North Chesterfield, VA 23234

    Re:    Martin Shamim, Bankruptcy Case No. 16-36225-KRH

Dear Mr. Saunders:

    The Court is returning to you the original of your correspondence dated February 15, 2017. The Court is not in a position to reply to your inquiry or otherwise issue an advisory opinion. Any request for relief you may wish to direct to the Court must be made by proper motion under Rule 9013 of the Federal Rules of Bankruptcy Procedure and in accordance with Local Rule 9013.1. I have forwarded a copy of your correspondence to the Chapter 13 Trustee for appropriate response.

                           Very truly yours,

                           Kevin R. Huennekens

/jbc

Enclosure

cc:    Suzanne W. Wade, Ch. 13 Trustee (w/encl)
       W. R. Baldwin, III (w/encl)
       Joseph S. Massie, III (w/encl)