Case No: 16-36225-KRH
Debtors Martin Sharma (W)

I need Ms Maliha Sharma as a witness please subpoena issue on May 17, 2017 at 2:00

I have attached B255 form

[signature]

FILED
2017 MAY -9 PM 1:10
U.S. BANKRUPTCY COURT
RICHMOND DIVISION